# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CIVIL NO. 1:05CV47

| | |
|---|---|
| JANCI GARNER, as Personal Representative of the Estate of Robert L. Garner, )<br><br>Plaintiff, )<br><br>vs. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | **ORDER OF DISMISSAL** |

THIS MATTER is before the Court on Plaintiff's failure to respond to the Court's show cause order filed September 8, 2005.

For the reasons set forth in the Court's previous Order and the Plaintiff having failed to respond as required,

IT IS, THEREFORE, ORDERED that this matter is hereby DISMISSED in its entirety due to Plaintiff's failure to prosecute.

Signed: October 3, 2005

*[signature]*

Lacy H. Thornburg
United States District Judge